Lionel L. EDWARDS, Appellant,

v.

AMERICAN RAILCAR INDUSTRIES, Appellee.

No. 09–1179.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 4, 2010.

Filed: Feb. 23, 2010.

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Lionel Edwards appeals the district court's[1] adverse grant of summary judgment in his employment discrimination action. After reviewing the record de novo, in the light most favorable to Edwards, *see Arnold v. Nursing & Rehab. Ctr. at Good Shepherd, LLC*, 471 F.3d 843, 845 (8th Cir.2006) (standard of review), we conclude that summary judgment was proper for the reasons stated by the district court. We also decline to consider Edwards's new arguments on appeal. Accordingly, we affirm. *See* 8th Cir. R. 47B.

Mitchell David HOLBACH, Appellant,

v.

ATTORNEY GENERAL for the State OF NORTH DAKOTA; Attorney General for the United States of America, Appellees.

No. 09–3807.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 16, 2010.

Filed: Feb. 23, 2010.

Mitchell David Holbach, Jamestown, ND, pro se.

Before BYE, RILEY, and SHEPHERD, Circuit Judges.

PER CURIAM.

North Dakota inmate Mitchell David Holbach appeals the district court's[1] pre-service dismissal without prejudice of his 42 U.S.C. § 1983 civil rights action. Upon de novo review, *see Cooper v. Schriro*, 189 F.3d 781, 783 (8th Cir.1999) (per curiam), we agree with the district court that the complaint failed to state a claim. We affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

1. The Honorable Daniel L. Hovland, United States District Judge for the District of North Dakota, adopting the report and recommendations of the Honorable Charles S. Miller, Jr., United States Magistrate Judge for the District of North Dakota.